UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ZACH JOSEPH § Case No. 13-08542
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Miriam R. Stein_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 13-08542 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|---|
| Case Name: | ZACH JOSEPH | | | | | Date Filed (f) or Converted (c): | 03/04/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 06/25/2015 | | | | | Claims Bar Date: | 02/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2817 W. Central, Glenview, | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 4350 W Bryn Mawr, | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. cash | 300.00 | 300.00 | | 0.00 | FA |
| 4. Chase Acct 816684377 (account has a lien against it $3,224,8 | 59.42 | 59.42 | | 0.00 | FA |
| 5. household goods audio, video, and computer | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. furs / jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 7. various and other hobby equipment. | 150.00 | 150.00 | | 0.00 | FA |
| 8. AMP of Illinois LLC - Debtor is manager - LLC not in good st | 0.00 | 0.00 | | 0.00 | FA |
| 9. Zach Joseph v Big Daddy Finance LLC 10 M1 206408 judgment ag | 25,000.00 | 23,000.00 | | 0.00 | FA |
| 10. 2004 Chevy Tahoe (172,000 miles) other vehicles and accessor | 3,000.00 | 600.00 | | 0.00 | FA |
| 11. Stock Trading Account - Settlement Proceeds (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $736,659.42 | $30,259.42 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Continue to collect A/R - $6,000 total; review for additional assets and then close case by end of 2015. 1/14/14.
Ready for TFR 1/15/15.

RE PROP #    11  --    Per Court Order approving settlement - Trustee settled with E. Kheneiser for $6,000 relating to his receipt of funds transferred by Debtor in violation of a citation lien of First Midwest Bank. Funds transferred from unscheduled trade account.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-08542 | Trustee Name: Miriam R. Stein |
| Case Name: ZACH JOSEPH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8606 |
| | Checking |
| Taxpayer ID No: XX-XXX0784 | Blanket Bond (per case limit): |
| For Period Ending: 06/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx7000 | Transfer of Funds | 9999-000 | $5,910.00 | | $5,910.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,900.00 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,890.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,880.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,870.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,910.00 | $40.00 |
| Less: Bank Transfers/CD's | $5,910.00 | $0.00 |
| Subtotal | $0.00 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $40.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $5,910.00    $40.00

Case 13-08542    Doc 71    Filed 06/25/15    Entered 06/25/15 16:49:09    Desc Main
Document    Page 6 of 12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-08542 | Trustee Name: | Miriam R. Stein |
| Case Name: ZACH JOSEPH | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX7000 |
| | | Checking |
| Taxpayer ID No: XX-XXX0784 | Blanket Bond (per case limit): | |
| For Period Ending: 06/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | 11 | Edgar N. Kheneiser<br>7500 N. East Prairie Road<br>Skokie, IL 60076 | Initial payment on settlement | 1249-000 | $3,000.00 | | $3,000.00 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,990.00 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,980.00 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,970.00 |
| 02/27/14 | 11 | Edgar N. Kheneiser | Final Payment of Settlement | 1249-000 | $3,000.00 | | $5,970.00 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,960.00 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,950.00 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,940.00 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,930.00 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $5,920.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                    Page Subtotals:                              $6,000.00           $80.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-08542 | Trustee Name: | Miriam R. Stein |
| Case Name: | ZACH JOSEPH | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX7000 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0784 | Blanket Bond (per case limit): | |
| For Period Ending: | 06/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $5,910.00 |
| 07/02/14 | | Transfer to Acct # xxxxxx8606 | Transfer of Funds | 9999-000 | | $5,910.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $5,910.00 |
| Subtotal | $6,000.00 | $90.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $90.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                 Page Subtotals:                 $0.00     $5,920.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7000 - Checking | $6,000.00 | $90.00 | $0.00 |
| XXXXXX8606 - Checking | $0.00 | $40.00 | $5,870.00 |
|  | $6,000.00 | $130.00 | $5,870.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-08542
Case Name: ZACH JOSEPH
Trustee Name: Miriam R. Stein

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | First Midwest Bank | $ | $ | $ | $ |
| 3S | INTERNAL REVENUE SERVICE | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 6P | Illinois Department Of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | $ | $ | $ |
| 4 | Asset Acceptance Llc Assignee Bank Of America | $ | $ | $ |
| 5 | Asset Acceptance Llc Assignee Bank Of America | $ | $ | $ |
| 6U | Illinois Department Of Revenue Bankruptcy Section | $ | $ | $ |
| 7 | K & B Pool Service Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | American Express Bank, FSB | $ | $ | $ |
| 9 | American Express Bank, FSB | $ | $ | $ |
| 10 | American Express Bank, FSB | $ | $ | $ |
| 11 | Wilson Cabinetry Co., Inc | $ | $ | $ |
| 3U | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | Illinois Department Of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____