# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZACH JOSEPH | § | Case No. 13-08542 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/28/2015 in Courtroom 744 (Judge Wedoff),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2015           By: /s/ Miriam R. Stein
                                        Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZACH JOSEPH § Case No. 13-08542
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 130.00 |
| leaving a balance on hand of[1] | $ | 5,870.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | First Midwest Bank | $ 2,502,473.00 | $ 2,502,473.00 | $ 0.00 | $ 0.00 |
| 3S | INTERNAL REVENUE SERVICE | $ 30,659.42 | $ 30,659.42 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 5,870.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 1,350.00 | $ 0.00 | $ 1,350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,350.00 |
| Remaining Balance | $ 4,520.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,705.39  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | INTERNAL REVENUE SERVICE | $ 23,483.29 | $ 0.00 | $ 4,477.65 |
| 6P | Illinois Department Of Revenue Bankruptcy Section | $ 222.10 | $ 0.00 | $ 42.35 |
| | Total to be paid to priority creditors | | $ | 4,520.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 272,489.01  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | $ 14,292.98 | $ 0.00 | $ 0.00 |
| 4 | Asset Acceptance Llc Assignee Bank Of America | $ 56,532.75 | $ 0.00 | $ 0.00 |
| 5 | Asset Acceptance Llc Assignee Bank Of America | $ 20,185.02 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | Illinois Department Of Revenue Bankruptcy Section | $ 3,266.86 | $ 0.00 | $ 0.00 |
| 7 | K & B Pool Service Inc. | $ 1,855.00 | $ 0.00 | $ 0.00 |
| 8 | American Express Bank, FSB | $ 33,664.24 | $ 0.00 | $ 0.00 |
| 9 | American Express Bank, FSB | $ 29,240.57 | $ 0.00 | $ 0.00 |
| 10 | American Express Bank, FSB | $ 28,836.27 | $ 0.00 | $ 0.00 |
| 11 | Wilson Cabinetry Co., Inc | $ 79,827.74 | $ 0.00 | $ 0.00 |
| 3U | INTERNAL REVENUE SERVICE | $ 4,787.58 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,000.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | Illinois Department Of Revenue Bankruptcy Section | $ 1,000.96 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: /s/ Miriam R. Stein
Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                               Case No. 13-08542-ERW
Zach Joseph                                                                          Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: msims              Page 1 of 2               Date Rcvd: Jul 01, 2015
                              Form ID: pdf006         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2015.
```
db            +Zach Joseph,    2817 W. Central Road,    Glenview, IL 60025-4129
20127234      +AMEX,    P O Box 297871,    Ft Lauderdale, FL 33329-7871
20127229      +Advanta Credit Card/Advanta Bank Corp,    P O Box 8088,    Philadelphia, PA 19101-8088
20127231      +Alex Trucking,    319 Linz Street,    Lemont, IL 60439-4224
20127233      +American Express,    P O Box 981537,    El Paso, TX 79998-1537
20127232      +American Express,    P O Box 0001,    Los Angeles, CA 90096-8000
21439951       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20127236      +Astoria Federal Savings,    1 Corporate Drive  Ste 360,    Lake Zurich, IL 60047-8945
20127237     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,    P O Box 982235,    El Paso, TX  79998)
20127238      +Bank Of America,    P O Box 17309,    Baltimore, MD 21297-1309
20127240      +Bank Of America Business Card,    P O Box 15710,    Wilmington, DE 19886-5710
20127241      +Bank Of The West - Home Equity Line,    P O Box 4002,    Concord, CA 94524-4002
20127242      +Bruce K Shapiro,    555 Skokie Blvd Ste 500,    Northbrook, IL 60062-2845
20127243      +Bryce Downey LLC//Geoffrey Bryce,    200 N. LaSalle, Suite 2700,    Chicago, IL 60601-1099
20127244      +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20127245      +CBE Group Inc.,    131 Tower Park Drive  P O Box 900,    Waterloo, IA 50704-0900
20127246      +Chase Bank USA NA,    P O Box 15298,    Wilmington, DE 19850-5298
20127247      +Citicards,    Processing Center,    Des MOines, IA 50363-0001
20127248      +Continental Airlines Cardmember Services,    P O Box 15153,    Wilmington, DE 19886-5153
20127250      +Discover Bank,    Dept 96307,    P O Box 1259,    Oaks, PA 19456-1259
20127252      +Edens Bank,    3245 W. Lake Avenue,    Wilmette, IL 60091-1040
20127253      +Esparza Brothers Inc.,    536 W. Fullerton,    Addison, IL 60101-3714
20127256      +First Bank  FIA Card Services,    P O Box 15726,    Wilmington, DE 19886-0001
20976945      +First Midwest Bank,    C/O Colleen E McManus,    Carlson Dash,    216 S Jefferson St Suite 504,
                Chicago, IL 60661-5698
20127257      +First Midwest Bank,    770 W. Dundee Road,    Arlington Heights, IL 60004-1572
21361111       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
20127259      +James A Roth/Fidelity National Law Group,    10 S LaSalle  STe 2750,    Chciago, IL 60603-1108
20127226      +Joseph Zach,    2817 W Central Road,    Glenview, IL 60025-4129
20127260      +K  & B Pool Service Inc.,    534 Meadow Drive East,    Wilmette, IL 60091-2250
20127261      +LEX Financial LLC,    25 E. Washington Street, Ste 1221,    Chicago, IL 60602-1875
20127227      +Mark Becker,    2300 Barrington Rd,    Hoffman Estates, IL 60169-2036
20127262      +Martin & Karcazes Ltd,    161 N Clark Street  Ste 550,    Chicago, IL 60601-3376
20127263      +Much Shelist Denenberg Ament & Rubenstei,    191 N Wacker Dr  STe 1800,    Chicago, IL 60606-1631
20127264      +North Community Bank,    3639 N. Broadway Street,    Chicago, IL 60613-4489
20127265      +North Shore Hospital,    9600 Gross Point Road,    Skokie, IL 60076-1214
20127266      +North Shore University Health System,    9600 Gross Point Road,    Skokie, IL 60076-1214
20127267      +Pierce & Associates,    1 N Dearborn  STe 1300,    Chicago, IL 60602-4373
20127268      +Pinnacle Credit Service,    P O Box 640,    Hopkins, MN 55343-0640
20127269      +Pinnacle Credit Service,    7900 Highway 7 #100,    ST Louis Park, MN 55426-4045
20127270      +Pretzel & Stouffer Chartered (R Chemers),    1 S Wacker Dr  Ste 2500,    Chicago, IL 60606-4708
20127271      +Ralph Schwab & Schierer, Chtd,    175 E Hawthorn Pkwy Ste 345,    Vernon Hills, IL 60061-1460
20127272      +Sneckenberg, Thompson & Brody LLP,    161 N Clark  Ste 3575,    Chicago, IL 60601-3214
20127273      +State Of Illinois,    P O Box 19028,    Springfield, IL 62794-9028
20127274       Steve Freedlund,    540 S. Randall Road,    Geneva, IL  60134
20127275      +Universal Realty Services Inc.,    832 E Rand Road Unit 19,    Mt Prospect, IL 60056-2568
20127276      +Wilson Cabinetry Co., Inc,    PO Box 305,    Killbuck, OH 44637-0305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20127230       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 02 2015 01:47:07      AFNI,    P O Box 3097,
                Bloomington, IL 61702-3097
20127228       +E-mail/Text: www@arthuradler.com Jul 02 2015 01:57:05       Adler & Associates,
                25 E Washington  Ste 1221,    Chicago, IL 60602-1875
20127235       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 02 2015 01:56:42      Asset Acceptance LLC,
                P O Box 2036,    Warren, MI 48090-2036
21350381       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 02 2015 01:56:42
                Asset Acceptance LLC assignee  BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
20127251        E-mail/PDF: mrdiscen@discover.com Jul 02 2015 01:53:33      Discover Financial Service LLC,
                P O Box 15316,    Wilmington, DE  19850
21270957        E-mail/PDF: mrdiscen@discover.com Jul 02 2015 01:53:33      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20127258        E-mail/Text: cio.bncmail@irs.gov Jul 02 2015 01:56:02      IRS,    Stop 813G  P O Box 145566,
                Cincinnati, OH  45250
                                                                                              TOTAL: 7
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1                User: msims                  Page 2 of 2                  Date Rcvd: Jul 01, 2015
                                    Form ID: pdf006              Total Noticed: 53

21469372*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21469373*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21350382*        +Asset Acceptance LLC assignee  BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
20127254*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: FIA CSNA,     P O Box 982235,    El Paso, TX  79998)
20127239*        +Bank Of America,    P O Box 17309,    Baltimore, MD 21297-1309
20127249        ##+DECA Financial Services,    10500 Kincaid Drive  Ste 150,    Fishers, IN 46037-9764
20127255        ##+First Bank,    P O Box 419048,    St Louis, MO 63141-9048
                                                                                           TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
          Colleen E McManus    on behalf of Creditor    First Midwest Bank cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
          Jyothi R Martin    on behalf of Creditor    ASTORIA FEDERAL SAVINGS AND LOAN jramana@atty-pierce.com
          Kurt M Carlson    on behalf of Creditor    First Midwest Bank kcarlson@carlsondash.com,
           knoonan@carlsondash.com
          Mark F. Becker    on behalf of Debtor Zach  Joseph beclaw@att.net
          Miriam R Stein     mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor    Bank Of The West Courts@tmlong.com
                                                                                             TOTAL: 7
```