UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Zach Joseph, | ) | Case No. 13 B 08542 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Document #77)** previously filed on November 23, 2015 is withdrawn.   It is withdrawn because the document was filed on the wrong case in error.

    /s/ Patrick S. Layng
    Patrick S. Layng, U.S. Trustee
    Office of the U.S. Trustee
    219 South Dearborn, Room 873
    Chicago, Illinois   60604
    (312) 886-7481

### CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on November 23, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on November 23, 2015.

    /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Miriam Stein
mstein@chuhak.com

Mark F. Becker
beclaw@att.net

**Parties Served via First Class Mail:**
Zach Joseph
2817 W. Central Road
Glenview, IL 60025-0000