UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
                                      §
ZACH JOSEPH                           §   Case No. 13-08542
                                      §
                                      §
         Debtor                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 709,259.42                    Assets Exempt: 21,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,520.00      Claims Discharged
                                                Without Payment: 4,241,675.36

Total Expenses of Administration: 1,480.00

---

   3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,000,000.00 | $ 2,533,132.42 | $ 2,533,132.42 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,480.00 | 1,480.00 | 1,480.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 23,705.39 | 23,705.39 | 4,520.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,211,500.00 | 273,489.97 | 273,489.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 6,217,500.00 | $ 2,831,807.78 | $ 2,831,807.78 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 03/04/2013 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2015            By:/s/Miriam R. Stein
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock Trading Account - Settlement Proceeds | 1249-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Midwest Bank | 4220-000 | 2,000,000.00 | 2,502,473.00 | 2,502,473.00 | 0.00 |
| 3S | INTERNAL REVENUE SERVICE | 4300-000 | NA | 30,659.42 | 30,659.42 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,000,000.00** | **$ 2,533,132.42** | **$ 2,533,132.42** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,480.00 | $ 1,480.00 | $ 1,480.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Illinois Department Of Revenue Bankruptcy Section | 5800-000 | 6,000.00 | 222.10 | 222.10 | 42.35 |
| 3P | INTERNAL REVENUE SERVICE | 5800-000 | NA | 23,483.29 | 23,483.29 | 4,477.65 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,000.00 | $ 23,705.39 | $ 23,705.39 | $ 4,520.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANTA CREDIT CARD | | 20,000.00 | NA | NA | 0.00 |
| | AFNI | | 1,000.00 | NA | NA | 0.00 |
| | ALEX TRUCKING | | 90,000.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 40,000.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 40,000.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 40,000.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 35,000.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 70,000.00 | NA | NA | 0.00 |
| | AMEX | | 35,000.00 | NA | NA | 0.00 |
| | AMEX | | 35,000.00 | NA | NA | 0.00 |
| | AMEX | | 40,000.00 | NA | NA | 0.00 |
| | ASSET ACCEPTANCE LLC | | 30,000.00 | NA | NA | 0.00 |
| | ASSET ACCEPTANCE LLC | | 30,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 20,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | | 60,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 35,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 22,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 70,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA BUSINESS CARD | | 30,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA BUSINESS CARD | | 60,000.00 | NA | NA | 0.00 |
| | BANK OF THE WEST - HOME EQUITY LINE | | 70,000.00 | NA | NA | 0.00 |
| | BRYCE DOWNEY LLC/GEOFFREY BRYCE | | 180,000.00 | NA | NA | 0.00 |
| | CBE GROUP | | 1,500.00 | NA | NA | 0.00 |
| | CBE GROUP INC. | | 1,500.00 | NA | NA | 0.00 |
| | CHASE BANK USA NA | | 30,000.00 | NA | NA | 0.00 |
| | CITICARDS | | 40,000.00 | NA | NA | 0.00 |
| | CONTINENTAL AIRLINES CARDMEMBER SVCS. | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D AND D FIRE PROTECTION | | 4,000.00 | NA | NA | 0.00 |
| | DECA FINANCIAL SERVICES | | 2,000.00 | NA | NA | 0.00 |
| | DISCOVER BANK | | 20,000.00 | NA | NA | 0.00 |
| | DISCOVER FINANCIAL SERVICE LLC | | 20,000.00 | NA | NA | 0.00 |
| | EDENS BANK | | 100,000.00 | NA | NA | 0.00 |
| | ESPARZA BROTHERS INC. | | 90,000.00 | NA | NA | 0.00 |
| | FIA CSNA | | 60,000.00 | NA | NA | 0.00 |
| | FIRST BANK FIA CARD SERVICES | | 25,000.00 | NA | NA | 0.00 |
| | FIRST MIDWEST BANK | | 2,000,000.00 | NA | NA | 0.00 |
| | K & B POOL SERVICE INC. | | 2,500.00 | NA | NA | 0.00 |
| | LEX FINANCIAL LLC | | 50,000.00 | NA | NA | 0.00 |
| | NORTH COMMUNITY BANK | | 0.00 | NA | NA | 0.00 |
| | NORTH SHORE HOSPITAL | | 40,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NORTH SHORE UNIVERSITY HEALTH SYSTEM | | 40,000.00 | NA | NA | 0.00 |
| | PINNACLE CREDIT SERVICE | | 45,000.00 | NA | NA | 0.00 |
| | PINNACLE CREDIT SERVICE | | 50,000.00 | NA | NA | 0.00 |
| | RALPH SCHWAB & SCHIERER, CHTD. | | 1,000.00 | NA | NA | 0.00 |
| | SNECKENBERG, THOMPSON & BRODY LLP | | 45,000.00 | NA | NA | 0.00 |
| | STEVE FREEDLUND | | 3,500.00 | NA | NA | 0.00 |
| | UNIVERSAL REALTY SERVICES | | 40,000.00 | NA | NA | 0.00 |
| | WILSON CABINETRY CO. INC. | | 120,000.00 | NA | NA | 0.00 |
| 10 | American Express Bank, FSB | 7100-000 | NA | 28,836.27 | 28,836.27 | 0.00 |
| 8 | American Express Bank, FSB | 7100-000 | NA | 33,664.24 | 33,664.24 | 0.00 |
| 9 | American Express Bank, FSB | 7100-000 | NA | 29,240.57 | 29,240.57 | 0.00 |
| 4 | Asset Acceptance Llc Assignee Bank Of America | 7100-000 | NA | 56,532.75 | 56,532.75 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Asset Acceptance Llc Assignee Bank Of America | 7100-000 | NA | 20,185.02 | 20,185.02 | 0.00 |
| 2 | Discover Bank | 7100-000 | NA | 14,292.98 | 14,292.98 | 0.00 |
| 6U | Illinois Department Of Revenue Bankruptcy Section | 7100-000 | NA | 3,266.86 | 3,266.86 | 0.00 |
| 3U | INTERNAL REVENUE SERVICE | 7100-000 | 140,000.00 | 4,787.58 | 4,787.58 | 0.00 |
| 7 | K & B Pool Service Inc. | 7100-000 | 2,500.00 | 1,855.00 | 1,855.00 | 0.00 |
| 11 | Wilson Cabinetry Co., Inc | 7100-000 | 120,000.00 | 79,827.74 | 79,827.74 | 0.00 |
| 6U | Illinois Department Of Revenue Bankruptcy Section | 7300-000 | NA | 1,000.96 | 1,000.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,211,500.00 | $ 273,489.97 | $ 273,489.97 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-08542 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | ZACH JOSEPH | | | | Date Filed (f) or Converted (c): | 03/04/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 10/27/2015 | | | | Claims Bar Date: | 02/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2817 W. Central, Glenview, | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 4350 W Bryn Mawr, | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. cash | 300.00 | 300.00 | | 0.00 | FA |
| 4. Chase Acct 816684377 (account has a lien against it $3,224,8 | 59.42 | 59.42 | | 0.00 | FA |
| 5. household goods audio, video, and computer | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. furs / jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 7. various and other hobby equipment. | 150.00 | 150.00 | | 0.00 | FA |
| 8. AMP of Illinois LLC - Debtor is manager - LLC not in good st | 0.00 | 0.00 | | 0.00 | FA |
| 9. Zach Joseph v Big Daddy Finance LLC 10 M1 206408 judgment ag | 25,000.00 | 23,000.00 | | 0.00 | FA |
| 10. 2004 Chevy Tahoe (172,000 miles) other vehicles and accessor | 3,000.00 | 600.00 | | 0.00 | FA |
| 11. Stock Trading Account - Settlement Proceeds (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $736,659.42     $30,259.42     $6,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HEARING HAS BEEN HELD AND DISBURSEMENTS HAVE BEEN MADE IN THIS CASE.

RE PROP #     11    --    Per Court Order approving settlement - Trustee settled with E. Kheneiser for $6,000 relating to his receipt of funds transferred by Debtor in violation of a citation lien of First Midwest Bank. Funds transferred from unscheduled trade account.

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-08542 | Trustee Name: | Miriam R. Stein | |
| Case Name: | ZACH JOSEPH | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8606 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0784 | Blanket Bond (per case limit): | | |
| For Period Ending: | 10/27/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx7000 | Transfer of Funds | 9999-000 | $5,910.00 | | $5,910.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,900.00 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,890.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,880.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,870.00 |
| 07/29/15 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,350.00 | $4,520.00 |
| 07/29/15 | 102 | INTERNAL REVENUE SERVICE<br>233 EAST 84TH DRIVE<br>THIRD FLOOR<br>MERRIVILLE, IN  46410-6394 | Final distribution to claim 3 representing a payment of 19.07 % per court order. | 5800-000 | | $4,477.65 | $42.35 |
| 07/29/15 | 103 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final distribution to claim 6 representing a payment of 19.07 % per court order. | 5800-000 | | $42.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,910.00 | $5,910.00 |
| Less: Bank Transfers/CD's | $5,910.00 | $0.00 |
| Subtotal | $0.00 | $5,910.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,910.00 |

Page Subtotals: $5,910.00   $5,910.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08542 | Trustee Name: Miriam R. Stein |
| Case Name: ZACH JOSEPH | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX7000 |
| | Checking |
| Taxpayer ID No: XX-XXX0784 | Blanket Bond (per case limit): |
| For Period Ending: 10/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | 11 | Edgar N. Kheneiser<br>7500 N. East Prairie Road<br>Skokie, IL 60076 | Initial payment on settlement | 1249-000 | $3,000.00 | | $3,000.00 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,990.00 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,980.00 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $2,970.00 |
| 02/27/14 | 11 | Edgar N. Kheneiser | Final Payment of Settlement | 1249-000 | $3,000.00 | | $5,970.00 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,960.00 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,950.00 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,940.00 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $5,930.00 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $5,920.00 |

Page Subtotals: $6,000.00  $80.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08542 | Trustee Name: Miriam R. Stein |
| Case Name: ZACH JOSEPH | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX7000 |
| | Checking |
| Taxpayer ID No: XX-XXX0784 | Blanket Bond (per case limit): |
| For Period Ending: 10/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $5,910.00 |
| 07/02/14 | | Transfer to Acct # xxxxxx8606 | Transfer of Funds | 9999-000 | | $5,910.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $5,910.00 |
| Subtotal | $6,000.00 | $90.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $90.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $5,920.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7000 - Checking | $6,000.00 | $90.00 | $0.00 |
| XXXXXX8606 - Checking | $0.00 | $5,910.00 | $0.00 |
|  | $6,000.00 | $6,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

Page Subtotals:  $0.00   $0.00